# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 14-cv-24288-Ungaro/Otazo-Reyes

RUTH SOTO,
and other similarly-situated individuals,

    Plaintiff(s),

v.

SNY, INC., a Florida Profit Corporation,
and ALEXANDRA PAPAGEORGIOU, individually,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO:    ALEXANDRA PAPAGEORGIOU, Individually
20361 Old Cutler Road
Cutler Bay, Florida 33189

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Anthony M. Georges-Pierre, Esq.
REMER & GEORGES-PIERRE, PLLC
COURT HOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

November 12, 2014
DATE

Steven M. Larimore
Clerk of Court

s/Valerie Kemp
Deputy Clerk
U.S. District Courts GES-PIERRE, PLLC

COURTHOUSE TOWER
44 West Flagler, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000 Facsimile: (305)416-5005