UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-24288-UU

RUTH SOTO,

    Plaintiff,

v.

SNY, INC. and
ALEXANDRA PAPAGEORGIOU,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On November 12, 2014, Plaintiff filed this suit alleging violations of the Fair Labor Standards Act. However, Plaintiff fails to allege any facts related to the nature of Defendants' business or of Plaintiff's employment. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause by **Wednesday, November12, 2014**, as to why this case should not be dismissed for failure to state a claim.

DONE AND ORDERED in Chambers in Miami, Florida this 17th day of November, 2014.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf